**Order entered April 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01092-CR

**KENNETH WATTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-76274-R**

## ORDER

Before the Court are appellant's April 18, 2019 motions to accept his tendered brief and to supplement the record. The Court **GRANTS** both motions. We **ORDER** appellant's brief filed as of the date of this order.

We **ORDER** Official Court Reporter Joseph E. Phillips to file, within **FOURTEEN DAYS** of the date of this order, a complete copy of the video exhibit admitted into evidence as State's Exhibit 2.

We **DIRECT** the Clerk to transmit a copy of this order, by electronic transmission, to Official Court Reporter Joseph E. Phillips and to counsel for the parties.

/s/    LANA MYERS
        JUSTICE